## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2411     Assigned/Issued By: J. N.

Judge Name: DER-YEGHIAYAN     Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 2731075_____

Date Payment Rec'd: 4-28-08_____     Fiscal Clerk: J. N._____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____          _____
    *(Type of Writ)*                     _____
                                         *(Type of issuance)*

1____Original and 0_____ copies on 4-28-08_____ as to DEFENDANT_____
                             *(Date)*

_____
_____