UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

**08 C 2411**

TERRENCE J. HANCOCK, WILLIAM LOGAN,
JOHN LISNER, DEAN H. VANDER BAAN,
LAWRENCE GROOT, and THOMAS YONKER as
Trustees of LOCAL No. 731, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, PRIVATE
SCAVENGERS HEALTH AND WELFARE FUND,
and TERRENCE J. HANCOCK, WILLIAM LOGAN,
JOHN LISNER, STEVE VOGRIN, THOMAS YONKER,
and BRAD WEBB as Trustees of LOCAL No. 731,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
PRIVATE SCAVENGERS AND GARAGE
ATTENDANTS PENSION FUND,

Docket Number:

Assigned Judge:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON**

Plaintiffs,

v.

Designated
Magistrate Judge:

CONTINENTAL DISPOSAL LLC,

Defendant.

TO: CONTINENTAL DISPOSAL LLC
c/o Richard Indyke, Registered Agent
221 North LaSalle Street, Suite 1200
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Steven W. Jados
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**



**April 28, 2008**

Date

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 4.30.08 |
|---|---|
| NAME OF SERVER (PRINT) CHRISTOPHER M. CANTERO-ALVAREZ | TITLE CLERK |

*Check one box below to indicate appropriate method of service-*

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[X] Other (specify): LARRY S. MAYSTER - SERVED UPON THE PREVIOUSLY NAMED SECRETARY

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4.30.08
            Date

Signature of Server

85 Michigan Ave - Chicago, IL 60603
Address of Server