IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, <br><br>and<br><br>TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL DISPOSAL LLC,<br><br>Defendant. | Case No. 08 C 2411<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiffs TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND ("Welfare Fund") and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD of TEAMSTERS PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND ("Pension Fund") (collectively, "the Funds"), through their attorneys Dowd, Bloch & Bennett, pursuant to Federal Rule of Civil Procedure 55(a), respectfully move this court for entry of default, in the form of the attached

proposed order, against Defendant CONTINENTAL DISPOSAL LLC (hereinafter "Defendant Company"). In support of this motion, Plaintiffs state as follows:

1. This action is a claim for delinquent reports and contributions due to employee fringe benefit funds under Section 515 of ERISA, 29 U.S.C. §1145.

2. The Funds filed a Complaint on April 28, 2008, seeking the following from the Defendant Company:

> (a) That judgment be entered in favor of Plaintiffs and against Defendant ordering it to pay Plaintiffs all delinquent contributions, interest, liquidated damages and attorneys' fees;
>
> (b) That Defendant Company be ordered to pay all costs and reasonable attorneys' fees incurred by the Funds in connection with this suit.
>
> (c) For such other legal or equitable relief as the Court deems just and proper.

3. Defendant Company was served with the Complaint and Summons on April 30, 2008. Return of Service was filed with the Clerk of the Court on May 7, 2008. (Exhibit "A")

4. As of the date this Motion was filed, Defendant Company had not filed an appearance or answer or otherwise plead to the Complaint.

5. Defendant Company has failed to submit monthly contribution reports and payments to the Funds for the months of January 2008 through the present.

6. Despite demands made by the Funds, the Defendant Company has refused to submit payment or reports to the Funds.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this Court

enter an order of default against CONTINENTAL DISPOSAL LLC, in the form provided in the attached proposed order and request that the Court set this matter for a prove-up hearing with respect to the relief sought following the submission of contribution and dues reports.

                                  Respectfully Submitted,

                                  s/Steven W. Jados
                                  Steven W. Jados
                                  One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

**08 C 2411**

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs,

v.

CONTINENTAL DISPOSAL LLC,

Defendant.

Docket Number:

Assigned Judge:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON**

Designated Magistrate Judge:

TO:   CONTINENTAL DISPOSAL LLC
c/o Richard Indyke, Registered Agent
221 North LaSalle Street, Suite 1200
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Steven W. Jados
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK



**April 28, 2008**
Date



EXHIBIT A

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me. | | DATE: 4.30.08 |
| NAME OF SERVER (PRINT) CHRISTOPHER M. CANTERO-ALVAREZ | | TITLE CLERK |
| *Check one box below to indicate appropriate method of service-* | | |

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

[X]  Other (specify): LARRY S. MAYSTER - SERVED UPON THE PREVIOUSLY NAMED SECRETARY

**STATEMENT OF SERVICES FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4.30.08
             Date

Signature of Server

85 Michigan Ave - Chicago, IL 60603
Address of Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,** | ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 2411 ) |
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,** | ) ) ) Judge Der-Yeghiayan ) ) ) Magistrate Judge Mason ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **CONTINENTAL DISPOSAL LLC,** | ) ) |
| **Defendant.** | ) |

## ORDER OF DEFAULT

This matter coming before the Court on Plaintiffs' Motion for Entry of Default, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

1. An Order of Default is entered against Defendant CONTINENTAL DISPOSAL LLC for its failure to answer or otherwise plead to the Complaint served upon it.

2. CONTINENTAL DISPOSAL LLC shall submit all completed and accurate work reports to the Plaintiff Funds for the period covering January 2008 through the present within 10 days of the date of this Order;

3. CONTINENTAL DISPOSAL LLC shall pay to Plaintiffs all amounts determined to be owed based on the completed work reports, including contributions, interest, liquidated damages and reasonable attorneys' fees and costs incurred in the prosecution of this action as provided in the Agreement, the Trust Agreements, and under applicable provisions of ERISA, as amended, including 29 U.S.C. Sec. 1132(g)(2)(D);

IT IS FURTHER ORDERED THAT:

4. This matter is set for a prove-up hearing for Plaintiffs' Motion for Entry of Default, with respect to certain amounts herein referenced, on _____, 2008 at _____ A.M.

5. Plaintiffs are directed to service written notice of this order on the Defendant.

Entered By:

_____
Honorable Judge Samuel Der-Yeghiayan

Date: _____

**CERTIFICATE OF SERVICE**

I, Steven W. Jados, hereby certify that I have caused to be served the attached Notice of Motion, Plaintiffs' Motion for Entry of Default, and proposed order by having copies sent by fax and mail to the address and fax number below on May 21, 2008 before 5:00 p.m.

    CONTINENTAL DISPOSAL LLC
    c/o Richard Indyke, Registered Agent
    221 North LaSalle Street, Suite 1200
    Chicago, IL 60601
    Fax:  (312) 332-3920

    s/Steven W. Jados
    Steven W. Jados
    One of Plaintiffs' Attorneys