UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,** | ) ) ) ) ) ) |
| and | ) Case No. 08 C 2411 ) |
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,** | ) ) ) ) Judge Der-Yeghiayan ) ) ) Magistrate Judge Mason |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **CONTINENTAL DISPOSAL LLC,** | ) ) |
| **Defendant.** | ) |

## NOTICE OF MOTION

TO: CONTINENTAL DISPOSAL LLC
c/o Richard Indyke, Registered Agent
221 North LaSalle Street, Suite 1200
Chicago, IL 60601
Fax: (312) 332-3920

    PLEASE TAKE NOTICE that on **Wednesday, May 28, 2008** at **9:00 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Samuel Der-Yeghiayan, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1903 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illlinois, 60604, and present Plaintiffs' Motion for Entry of Default, a copy of which is attached and

served upon you.

                                            Respectfully submitted,

                                            s/Steven W. Jados
                                            Steven W. Jados
                                            One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361