IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN JOHN LISNER, DEAN H. VANDER BAAN LAWRENCE GROOT, and THOMAS YONKER as Trustee of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISTER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustee of LOCAL NO. 731, INTERNATIONAL SCAVENGERS and GARAGE ATTENDANTS PENSION FUND,<br>PLAINTIFFS,<br>v.<br>CONTINENTAL DISPOSAL LLC,<br>DEFENDANT. | Case No. 08 C 2411<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason<br><br>**FILED**<br>MAY 23 2008 TC<br>May 23, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## MOTION FOR LEAVE TO APPEAR AND OTHERWISE PLEAD

Defendant Continental Disposal LLC (herein "Continental") through its attorney Richard Indyke moves this Honorable Court for the entry of an Order granting it leave to file its appearance and answer. In support hereof Continental states as follows:

1. Continental was served on April 30, 2008, the last day to file an appearance and answer in this cause was May 20, 2008, On May 21, 2008 a Motion for Default was filed by Plaintiff.

2. Continental is a small company and it appears that there is less than $10,000.00 due the Plaintiffs for pension and health and welfare as of May 22, 2008.

3. Continental would like to have the opportunity to receive a proper accounting an thereafter pay the debt to the Plaintiffs through a settlement program.

4. The proposed Answer to the Complaint is attached.

WHEREFORE Continental Disposal LLC prays that this Honorable Court grant it leave to file its appearance instantor and its answer to Plaintiffs complaint.

Respectfully submitted,
Continental Disposal, LLC, Defendant

BY: /s/ Richard Indyke
Richard Indyke, its attorney

Richard Indyke
Attorney for Defendant
221 North LaSalle Street, Suite 1200
Chicago, Illinois 60601
312-332-2828