

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN JOHN LISNER, DEAN H. VANDER BAAN LAWRENCE GROOT, and THOMAS YONKER as Trustee of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISTER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustee of LOCAL NO. 731, INTERNATIONAL SCAVENGERS and GARAGE ATTENDANTS PENSION FUND,<br>PLAINTIFFS,<br>v.<br>CONTINENTAL DISPOSAL LLC,<br>DEFENDANT. | Case No. 08 C 2411<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

### NOTICE OF MOTION

To: Steven W. Jados, Esq.
Down, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603

FILED
MAY 2 3 2008 TC
May 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On May 28, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any other judge in his stead in Room **1903** of the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and there and then present the attached

**MOTION FOR LEAVE TO APPEAR AND OTHERWISE PLEAD**

/s/ Richard Indyke
RICHARD INDYKE

**PROOF OF SERVICE**

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that a copy of the aforegoing document was served by mailing to the above person(s) by First Class Mail from the U.S. Mail Chute at 221 North LaSalle St., Chicago, Illinois, before 5:00 p.m. on the 23rd day of May, 2008.

/s/ Richard Indyke
RICHARD INDYKE

Richard Indyke
Attorney for Defendant
221 N. LaSalle St., Suite 1200
Chicago, Illinois 60601
(312) 332-2828