UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Terrance J Hancock, et al.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−02411
                                             Honorable Samuel Der−Yeghiayan

Continental Disposal, LLC
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:


    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/05/08 at 9:00 a.m. As stated on the record, Plaintiffs' motion for default judgment [11] is denied. Defendant's motion for leave to appear and to file its responsive pleading [14] is granted. If the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der−Yeghiayan's settlement conference procedures as outlined on his web page. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.