IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, <br><br>and<br><br>TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONTINENTAL DISPOSAL LLC,<br><br>    Defendant. | Case No. 08 C 2411<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

The parties, through counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the above-captioned case be voluntarily dismissed without prejudice.


s/Steven W. Jados                               s/Richard Indyke
Steven W. Jados                                  Richard Indyke
Counsel for Plaintiffs                           Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that I will serve the Notice of Filing and Joint Stipulation of Voluntary Dismissal by mailing copies to the address indicated below on August 26, 2008.

CONTINENTAL DISPOSAL LLC
c/o Richard Indyke, Registered Agent
221 North LaSalle Street, Suite 1200
Chicago, IL 60601

   s/Steven W. Jados
Steven W. Jados