IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, LAWRENCE GROOT, and THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, <br><br> and <br><br> TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL DISPOSAL LLC, <br><br> Defendant. | Case No. 08 C 2411 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Mason |

NOTICE OF FILING

TO:   CONTINENTAL DISPOSAL LLC
      c/o Richard Indyke, Registered Agent
      221 North LaSalle Street, Suite 1200
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on August 26, 2008, I caused to be filed electronically the attached Joint Stipulation of Voluntary Dismissal at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

    Respectfully submitted,

    s/Steven W. Jados
    Steven W. Jados
    One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan - 1900
Chicago, Illinois 60603
312-372-1361